| | AUSA: | Hank Moon | Telephone: | (313) 226-9100 |
|---|---|---|---|---|
| AO 91 (Rev. 11/11)  Criminal Complaint | Special Agent: | Brett Mason | Telephone: | (313) 965-2323 |

# UNITED STATES DISTRICT COURT
### for the
## Eastern District of Michigan

United States of America

   v.

Jason Douglas PAZOL

Case No. 26-mj-30165

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____March 29, 2026_____ in the county of __Wayne and elsewhere__ in the __Eastern__ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1038(a)(1) | False information and hoaxes |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

Brett Mason, Special Agent  - FBI
_____
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: ___March 31, 2026___

_____
Judge's signature

City and state: _Detroit, Michigan_

Hon. Elizabeth Stafford, U.S. Magistrate Judge
_____
Printed name and title

I, Brett Mason, being first duly sworn, hereby depose and state as follows:

INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with the Federal Bureau of Investigation and have been so since January of 2017. I am assigned to the FBI Detroit Joint Terrorism Task Force as part of the Counter Terrorism (CT)-4 Squad. CT-4 is responsible for investigating domestic terrorism matters and terroristic threats. As part of my duties, I serve as an Airport Liaison at Detroit Metro Airport (DTW). In this role, I have investigated federal violations involving special jurisdiction crimes, including assault and sexual assault on board an aircraft and threats to the airport and aircraft.

2.      As a federal agent, I am authorized to investigate violations of United States law, and as a law enforcement officer I am authorized to execute warrants issued under the authority of the United States. The statements contained in this affidavit are based on my experience and background as a special agent and on information provided by police officers, task force officers, other agents of the FBI, and other law-enforcement officers. I have not set forth every fact resulting from the investigation; rather, I have set forth a summary of the investigation to date.

3.      There is probable cause to believe that on March 29, 2026, within the Eastern District of Michigan, Jason Douglas PAZOL violated 18 U.S.C. § 1038(a)(1) (false information and hoaxes). Specifically, there is probable cause to

1

believe that PAZOL engaged in conduct with the intent to convey false or misleading information under circumstances where such information may reasonably be believed and where such information indicates that an activity has taken, is taking, or will take place that would constitute a violation of 49 U.S.C. § 46505(b)(3) (possessing, placing, attempting to place, or attempting to have placed an explosive or incendiary device on an aircraft).

4.      On March 29, 2026, American Airlines Flight 2819 (AA2819) was in transit from New York's JFK airport to Chicago's O'Hare airport with more than 150 passengers and crew when a passenger, later identified as Jason Douglas PAZOL, loudly threatened to blow up AA2819. After being made aware of the threat, the crew of AA2819 made an emergency landing at Detroit Metro Airport (DTW). Due to the nature of the threat, AA2819 was taken to an isolated area or the airport to be checked for explosives (incendiary devices).

5.      The threat was reported to law enforcement on the ground who responded, along with other emergency service personnel, to the sequestered aircraft. The aircraft and luggage were swept for potential explosives, all passengers were removed from the aircraft and rescreened by TSA, and several passengers were interviewed by the FBI. No explosives/incendiary devices were located on the airplane, in any luggage, or on any person.

6. The flight was cancelled after being diverted to DTW and thoroughly screened, all passengers had to find new routes of travel, and the law enforcement response required substantial resources from the Wayne County Airport Authority Police, FBI, TSA, Federal Air Marshalls Service, and American Airlines.

7. PAZOL was detained by law enforcement and subsequently interviewed after being given his *Miranda* warnings. PAZOL admitted to threatening to blow up the plane, which caused AA2819 to be diverted to DTW, and told agents that he was having problems with his medication. PAZOL said that he had "racing thoughts" and had a breakdown on the plane. PAZOL said that he made the threat because he wanted to prevent an outburst. He felt that the passengers on AA2819 were not safe around him, so he made the threat to force the aircraft to land.

8. I later reviewed a video of the incident. PAZOL sat with his elbows on his meal tray and his head in his hands. A woman, possibly his wife, was talking with aircraft personnel about his medication when PAZOL started yelling. He said, among other things, "if someone even near me, I swear to god, I am going to do something terrible. Land this fucking plane, right now." And a few seconds later, "Don't play games with me. If someone is outside by me and I know that you are there, I am paranoid right now. And I know I'm paranoid. So you better not be near me. Someone better be fucking landing this plane right now." He then yelled, "I

3

will blow this fucking plane up. And you heard it, you heard it everybody. You heard me say that, I want this plane on the ground." Towards the end of the video, PAZOL said "I know why people say stuff like that. I know why people say get this fucking plane on the ground and blow it up because that's what people do to get planes landed. Not because I want the plane landed, but because I am fucking sick."

9.      According to written statements from the aircraft personnel who interacted with PAZOL on the flight, they initiated the "bomb threat protocol" after PAZOL threatened to blow the plane up. This included alerting the Captain and obtaining restraints if needed (they were not needed in this case). The plane then made an emergency landing as described above.

10.     The FBI conducted a probable cause arrest of PAZOL on March 29, 2026, and transported him to a hospital for an evaluation.

11.     Based on my training and experience and the information set forth above—specifically, that after PAZOL threatened to blow up the plane, the airline implemented its bomb threat protocol, diverted the flight to Detroit, sequestered the aircraft, swept the aircraft, luggage, and passengers for explosives/incendiary devices, interviewed passengers, and cancelled the flight—there is probable cause to believe that PAZOL violated 18 U.S.C. § 1038(a)(1).

4

12. Accordingly, I respectfully request that the Court issue a criminal complaint and arrest warrant for PAZOL.

Respectfully submitted,

Special Agent Brett Mason,
Federal Bureau of Investigation

Subscribed and sworn to before me in my
presence and/or by reliable electronic means.

Honorable Elizabeth A. Stafford
United States Magistrate Judge

Date: March 31, 2026

5