United States District Court
Eastern District of Michigan
Southern Division

United States of America,

v.                                                     Case No. 26-mj-30165

Jason Douglas PAZOL,

                    Defendant.

_____/

### Stipulation to Adjourn Preliminary Exam and Complaint and to Find Excludable Delay

The United States of America and the defendant, Jason Douglas PAZOL, through his undersigned attorney, agree that there is good cause to adjourn the Complaint and the Preliminary Exam in this case scheduled for April 24, 2026, for 60 days, to June 23, 2026. *See* Fed. R. Crim. P. 5.1(d). The defendant is receiving treatment out of state, and the parties do not want to interrupt his treatment. The parties further stipulate and agree that the complaint remains in full force and effect through the new date of June 23, 2026. The parties agree that this stipulation and any resulting order shall not affect the previous order of pretrial release.

Finally, the parties agree that the adjournment from April 24, 2026, to a new date of June 23, 2026, would serve the ends of justice and

that this time period should be excluded in calculating the time within which an indictment or information must be filed under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(7) and 18 U.S.C. § 3161(b). Therefore, "the ends of justice served by the granting of such continuance [will] outweigh the best interests of the public and the defendant in a speedy trial," 18 U.S.C. § 3161(h)(7), and the parties request an order to that end.

s/ *Hank Moon*
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, Michigan 48226
Hank.Moon@usdoj.gov

s/ *Sanford A Schulman* w/consent
Attorney for the defendant
500 Griswold Street, Suite 2340
Detroit, MI 48226
saschulman@comcast.net

Dated: April 17, 2026

United States District Court
Eastern District of Michigan
Southern Division

United States of America,

v.                                                    Case No. 26-mj-30165

Jason Douglas PAZOL,

          Defendant.
_____/

### Order Adjourning Preliminary Examination and Complaint

This matter coming before the court on the stipulation of the parties, it is hereby

**ORDERED** that good cause exists to extend the Complaint and Preliminary Examination in this case, scheduled for April 24, 2026, to a new date of June 23, 2026. *See* Fed. R. Crim. P. 5.1(d).

**ORDERED** that the Complaint and the order of pretrial release shall remain in full force and effect.

**ORDERED** that the period from April 24, 2026, through June 23, 2026, shall be excluded from computing the time within which an information or indictment must begin for the reasons set forth herein, and because the ends of justice served by such continuance outweigh

the interests of the public and the Defendant in a speedy trial. *See* 18

U.S.C. §3161(h)(7) and 18 U.S.C. § 3161(b).

**IT IS SO ORDERED.**


_s/Elizabeth A. Stafford __
Elizabeth A. Stafford
United States Magistrate Judge

Dated: 4/17/2026